IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Wilma Jean Tomlin,

    Plaintiff,

  v.                                    Case No. 2:14-cv-596

Carolyn W. Colvin,
Acting Commissioner of
Social Security,

    Defendant.

ORDER

    This matter is before the court for consideration of the March 2, 2015, report and recommendation of the magistrate judge to whom this case was referred pursuant to 28 U.S.C. §636(b). The magistrate judge recommended that the plaintiff's statement of errors be overruled and that judgment be entered in favor of the Commissioner.

    The report and recommendation specifically advised the parties that failure to object to the report and recommendation within fourteen days of the report would "result in a waiver of the right to have the district judge review the Report and Recommendation <u>de novo</u>, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." Doc. 16, p. 13.

    The court has reviewed the report and recommendation of the magistrate judge. Noting that no objections have been filed and that the time for filing such objections has expired, the court adopts the report and recommendation of the magistrate judge (Doc. 16). The plaintiff's statement of errors is overruled, the

decision of the Commissioner is affirmed, and this action is dismissed.  The clerk is directed to enter judgment in favor of the Commissioner of Social Security.

Date: March 23, 2015                 <u>s/James L. Graham</u>
                                       James L. Graham
                                       United States District Judge